IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOLLIE J. MRSNY, | ) | CASE NO. 4:06CV3168 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The Defendant's unopposed Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 13) is granted; and

2. Defendant shall file his responsive brief on or before Monday, March 26, 2007.

DATED this 5th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge