IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HOLLIE J. MRSNY,** | ) | **4:06CV3168** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **SOCIAL SECURITY ADMINISTRATION,** | ) | |
| Michael J. Astrue, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

The matter before the Court is the Defendant Social Security Administration's Motion to Reverse and Remand (Filing No. 16). The Defendant states that, upon review of this case, agency counsel requested that the Appeals Council reconsider the Commissioner's decision. Pursuant to that review, the Appeals Council determined that a remand of this case was appropriate so that the Plaintiff's claim could be reconsidered. The Plaintiff has filed a response to the Defendant's motion, in which she states that she has no objections.

The Court finds the Defendant's motion should be granted, and judgment will be entered in favor of the Plaintiff.

IT IS ORDERED:

1. The Defendant's Motion to Reverse and Remand (Filing No. 16) is granted; and

2. A separate judgment will be entered in favor of the Plaintiff as follows: The decision of the Administrative Law Judge is reversed and the matter is

remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 20th day of April, 2007.

                    BY THE COURT:

                    s/Laurie Smith Camp
                    United States District Judge